UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-00184 |
| | § | |
| LUIS ALEJANDRO GONZALEZ, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR RELEASE OF MATERIAL WITNESSES

The Court, having considered the Material Witnesses' Unopposed Motion for Release of Material Witnesses, finds that the witnesses in this case should be released from the custody of the United States Marshals Service and delivered to the Bureau of Immigration and Customs Enforcement.

It is therefore ORDERED that **Javier Alvarado-Gonzalez and Juan Antonio Rodriguez-Garza** be released forthwith from the custody of the United States Marshal Service and into the custody of the Bureau of Immigration and Customs Enforcement.

It is further ORDERED that the Clerk of the Court shall provide a copy of this order to the United States Marshals Service.

DONE AND ORDERED on this 6th day of July, 2007.

_____
Janis Graham Jack
United States District Judge